[No. 61013-9-I.   Division One.   November 10, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES BATTLE,
*Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 07-1-00728-4, James D. Cayce, J., entered
December 17, 2007. *Affirmed* by unpublished per curiam
opinion.

[No. 61015-5-I.   Division One.   November 10, 2008.]

JARED K. BARTON, *Respondent*, v. THE DEPARTMENT OF
TRANSPORTATION, *Appellant*, SKAGIT COUNTY,
*Defendant*, KORRINE LINVOG ET AL.,
*Respondents.*

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 05-2-10687-3, Anita L. Farris, J., en-
tered December 14, 2007. *Affirmed* by unpublished opinion
per Appelwick, J., concurred in by Grosse and Becker, JJ.

[No. 61093-7-I.   Division One.   November 10, 2008.]

PAMELA DIANE MESSANA, *Appellant*, v. LEONARD QUINN ET AL.,
*Respondents.*

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 07-2-04388-6, Kenneth L. Cowsert, J.,
entered December 4, 2007. *Affirmed* by unpublished per
curiam opinion.

[No. 61224-7-I.   Division One.   November 10, 2008.]

RYAN J. STURTZ ET AL., *Appellants*, v. CLARENCE A. SHINE
ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for What-
com County, No. 07-2-01689-5, Ira Uhrig, J., entered De-
cember 21, 2007. *Affirmed* by unpublished per curiam
opinion.